UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROAND PELLETIER,

    Plaintiff,

v.                                   Case No: 6:21-cv-579-GKS-DCI

STATE OF FLORIDA, et al.,

    Defendants.
_____/

## ORDER

This cause is before the Court on initial review of the Notice of Intent (Doc. 1) filed by Plaintiff. Plaintiff initiated this case by filing the Notice of Intent.

Plaintiff is incarcerated at the Brevard County Jail and proceeding *pro se*, and he appears to request civil rights relief. However, the Notice of Intent is not written on the form required for use by *pro se* litigants, and the Court is unable to discern what claims, if any, Plaintiff is attempting to assert.

As currently written, the Notice of Intent, which is written as a letter, fails to contain much of the information required in a civil rights complaint. For example, the allegations are vague and conclusory, the defendants in this case are not properly identified, and the historical information concerning Plaintiff's prior federal cases has not been provided.

If Plaintiff chooses to file a civil rights complaint in this Court to address any alleged constitutional violations, he must submit a fully completed civil rights complaint form for cases filed by incarcerated individuals pursuant 42 U.S.C. § 1983, and he must submit a copy of the form for each Defendant for service of process. The form requires a plaintiff to include detailed information regarding the defendant(s) a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests.

The Clerk's Office shall send to Plaintiff both the form for a civil rights complaint and the form for a motion for leave to proceed *in forma pauperis*. If Plaintiff chooses to file a new case, he may complete and submit the appropriate forms. Plaintiff should not place this case number on the form(s), as the Clerk of the Court will assign a separate case number.

As a result, this case will be dismissed without prejudice to give Plaintiff the opportunity to properly file a civil rights complaint and to either pay the appropriate filing fee or submit an affidavit of indigency to the Court.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**. The Clerk of the Court is directed to close this case.

2.     All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on April 2, 2021.

*[signature]*
G. KENDALL SHARP
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party